**Everette HALLFORD, Plaintiff–Appellant,**

v.

**FOX ENTERTAINMENT GROUP, INC., Peter F. Chernin, Chernin Entertainment, LLC, Richard Timothy KRING, AKA Tim Kring, Kiefer Sutherland, Defendants–Appellees,**

**Tailwind Productions, Defendant.**

**No. 13–920–cv.**

United States Court of Appeals, Second Circuit.

Feb. 28, 2014.

Joseph D. Nohavicka, Pardalis & Nohavicka, LLP, New York, NY, for Appellant.

Jonathan Neil Strauss (Jonathan Zavin, on the brief), Loeb & Loeb LLP, New York, NY, for Appellees.

PRESENT: AMALYA L. KEARSE, RICHARD C. WESLEY, CHRISTOPHER F. DRONEY, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Everette Hallford brought this action against Fox Entertainment Group, Inc., and others in the United States District Court for the Southern District of New York. Hallford alleges that Defendants' television show infringed the copyright in his screenplay. The district court dismissed Hallford's complaint by memorandum order and opinion dated February 13, 2013. Hallford now appeals.

We **AFFIRM** for substantially the same reasons stated by the district court in its opinion.